

# NUMBER 13-24-00382-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **JAMES MICHAEL REAGAN,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF ARANSAS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Chief Justice Contreras**

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number A-23-5114-CR. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, we note the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On August 1, 2024, we ordered appellant's counsel to review the record and

determine whether appellant has a right to appeal. On August 30, 2024, appellant's counsel responded concluding that appellant waived his right to appeal and otherwise does not have a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
10th day of October, 2024.